448 A.2d 1167

Commonwealth v. Federico, Jr., Appellant.

Submitted March 24, 1982. Anthony S. Federico, appellant, in propria persona; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.

448 A.2d 1167

Commonwealth v. Foster, Appellant.

Submitted October 26, 1981. Timothy J. McCormick, Assistant Public Defender, for appellant; Albert M. Nichols, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and JOHNSON, JJ.

The judgment of sentence affirmed.